**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Omar LUCAS, a.k.a. Oski, Defendant–Appellant.**

**No. 12–50563.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 18, 2013.

David Daniel Leshner, Assistant U.S., Peter Jordan Mazza, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Omar Lucas, pro se.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Omar Lucas appeals from the district court's judgment and challenges the 10–year term of supervised release imposed following his guilty-plea conviction for distribution of crack cocaine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967), Lucas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lucas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.